IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERDIEMCO LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00190-JRG-RSP |
| | § | |
| MIX TELEMATICS LIMITED AND MIX | § | |
| TELEMATICS NORTH AMERICA, INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Stay all Deadlines and Notice of Settlement. Dkt. No. 40. The Parties have agreed in principle to settle all matters in controversy between them.

After due consideration, the Court **GRANTS** the Parties' Joint Motion. It is therefore **ORDERED** that all deadlines in this matter are hereby stayed for 10 days to allow the Parties to finalize their settlement agreement and submit dismissal papers. The Parties shall file dismissal documents not later than January 24, 2022.

**SIGNED this 18th day of January, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE