IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERDIEMCO, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MIX TELEMATICS LIMITED, and MIX TELEMATICS NORTH AMERICA, INC.,<br><br>  Defendants. | Civil Action No. 2:21-cv-00190<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PerDiemCo, LLC and Defendants MiX Telematics Limited and MiX Telematics North America, Inc. hereby file this stipulation of dismissal dismissing all claims in this action WITH PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  February 7, 2022

*/s/ Donald L. Jackson*
Donald L. Jackson, VA Bar No. 42,882
(Admitted E.D. Tex.)
James D. Berquist, VA Bar No. 42,150
(Admitted E.D. Tex.)
**DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102
djackson@davidsonberquist.com
jay.berquist@davidsonberquist.com

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
**ETHERIDGE LAW GROUP, PLLC**
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092

Respectfully submitted:

*/s/ David Brafman*
David Brafman
Florida Bar No. 68289
Email: David.brafman@akerman.com
Scott David Baker
New York Bar No.:5690292
Email: Scott.Baker@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

1

Jim@EtheridgeLaw.com  
Ryan@EtheridgeLaw.com  

*Counsel for Plaintiff PerDiemCo, LLC*

Facsimile: (903) 934-9257  
Email: melissa@gillamsmithlaw.com  

*Counsel for Defendants MiX Telematics Limited and MiX Telematics North America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 7, 2022.

*/s/ Donald L. Jackson*
Donald L. Jackson